

# In the
# Court of Appeals
# Second Appellate District of Texas
# at Fort Worth

No. 02-18-00344-CV

| | | |
|---|---|---|
| ROGER LIVERMAN AND AARON LIVERMAN, Appellants | § | On Appeal from the 16th District Court |
| | § | of Denton County (16-08473-16) |
| V. | § | April 25, 2019 |
| DENTON COUNTY, TEXAS, PAUL JOHNSON, LARA TOMLIN, RICK DANIEL, LINDSEY SHEGUIT, AND KATHERYN HALL, Appellees | § | Opinion by Justice Kerr |

## JUDGMENT

This court has considered the record on appeal in this case and holds that there was no error in the trial court's judgment. It is ordered that the judgment of the trial court is affirmed.

It is further ordered that appellants Roger Liverman and Aaron Liverman shall pay all of the costs of this appeal, for which let execution issue.

SECOND DISTRICT COURT OF APPEALS

By ___/s/ Elizabeth Kerr_____
Justice Elizabeth Kerr